# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CITY OF DAYTON, OHIO

       Plaintiff,             :         Case No. 3:11-cv-383

  -vs-

                                      Judge Walter H. Rice
                                      Magistrate Judge Michael J. Newman

A.R. ENVIRONMENTAL, INC, et al.

       Defendant.           :

---

## ORDER

---

Recognizing that the defendant, Alex Penland, is incarcerated, the Clerk is ordered to provide an application to proceed *In Forma Pauperis* to him at the address listed on the docket sheet.

**IT IS SO ORDERED.**

March 1, 2012                                        s/ **Michael J. Newman**
                                                                United States Magistrate Judge