# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CITY OF DAYTON,

        Plaintiff,

-vs-

A.R. ENVIRONMENTAL, INC., *et al.*,

        Defendants.

Case No. 3:11-cv-383

District Judge Walter Herbert Rice
Magistrate Judge Michael J. Newman

---

**ORDER DENYING DEFENDANT ALEX PENLAND'S MOTION TO JOIN (DOC. 11)**

---

Now before the Court is *pro se* Defendant Alex Penland's motion "to join Defendants bonding company as a Defendant." Doc. 11. Defendant Penland argues that, under Civil Rule 19, the Court must join a bonding company -- "American Contracting Services, Inc." -- as a defendant to this action.

The Court finds that the requirements for mandatory joinder under Civil Rule 19 have not been met. *See* Fed. R. Civ. P. 19(a)(1). Therefore, Defendant's motion (doc. 11) is **DENIED**. Defendant is directed to Civil Rule 14.

    **IT IS SO ORDERED.**

March 6, 2012                                                              s/ **Michael J. Newman**
                                                                                 United States Magistrate Judge