# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CITY OF DAYTON,

                 Plaintiff,

      -vs-

A.R. ENVIRONMENTAL, INC., *et al.*,

                 Defendants.

:       Case No. 3:11-cv-383

:       District Judge Walter Herbert Rice
         Magistrate Judge Michael J. Newman

:

---

## ORDER DENYING DEFENDANT ALEX PENLAND'S MOTION (DOC. 22)

---

This Court recently denied *pro se* Defendant Alex Penland's motion "to join Defendant's bonding company as a Defendant." Doc. 20. Defendant Penland subsequently filed another motion, which the Court liberally construes as a motion for reconsideration. Doc. 22. Again, Defendant Penland has failed to show that the bonding company must be joined as a defendant in this action under Civil Rule 19. Therefore, Defendant's motion (doc. 22) is **DENIED**. Defendant Penland is again directed to Civil Rule 14.

**IT IS SO ORDERED.**

March 9, 2012

                                  s/ **Michael J. Newman**
                                  United States Magistrate Judge