# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF DAYTON, | : | Case No. 3:11-cv-383 |
| Plaintiff, | | |
| | | Magistrate Judge Michael J. Newman |
| vs. | : | (consent case) |
| | | |
| A.R. ENVIRONMENTAL, INC., *et al.*, | : | |
| Defendants. | | |

## ORDER REGARDING SERVICE OF PROCESS

The Court has reviewed *pro se* Defendant Alex Penland's Amended Third-Party Complaint[1] pursuant to 28 U.S.C. § 1915(e)(2), and finds, at this early juncture in the litigation, that dismissal of that pleading is not warranted. Therefore, the United States Marshal ("USM") is **ORDERED** to make service of process in this case under Fed. R. Civ. P. 4(c)(3) as follows:

1. The Clerk is **ORDERED** to mail Defendant Penland the required Summonses and USM Form 285's to serve the eight (8) named Third-Party Defendants.

2. Upon receipt of properly completed Summonses and USM Form 285's, the United States Marshal is **ORDERED** to serve copies of Documents 1, 12 and 33 on the following named Third-Party Defendants: C2 Diversified, Max Fuller, Steve Rauch Incorporated, Fitzgerald Murraine, Bill Oconnel, Michael Johnson, Michael Cromartie, and Mark Muller.

---

[1]Defendant Penland first filed an "Amended Complaint for Cross Claims and Relief," which the Court liberally construed to be a Third-Party Complaint. *See* doc. 12. He also filed a "Second Amended Complaint," which the Court liberally construed as an Amended Third-Party Complaint. The subsequent pleading incorporated earlier pleadings, and added additional claims and facts. *See* docs. 12, 33. The Court reviewed both pleadings in its 28 U.S.C. § 1915 review.

3. All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

April 5, 2012 s/ **Michael J. Newman**
United States Magistrate Judge