# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF DAYTON, | : | |
| | | Case No. 3:11-cv-383 |
| Plaintiff, | | |
| | | Magistrate Judge Michael J. Newman |
| -vs- | : | (Consent Case) |
| | | |
| A.R. ENVIRONMENTAL, INC., *et al.*, | | |
| | | |
| Defendants. | : | |

## ORDER DENYING DOCUMENT 58

This matter is before the Court on Defendant Penland's "motion for court ordered attendance at law library," in which he asks the Court to order the prison to give him access to the law library at least one hour each day, Monday through Friday. *See* doc. 58. Penland claims he currently is allowed to spend only one hour per week in the prison's law library. *See id.*

As this is a civil case (and not his criminal proceedings), and Penland does have some access to the law library, the Court **DENIES** his motion (doc. 58). Recognizing that his time there is limited, however, the Court **ADVISES** Penland that, should he need additional time to conduct legal research on a particular matter while facing a filing deadline, he should file a motion for extension of time with the Court.

**IT IS SO ORDERED.**

May 22, 2012                                       s/ **Michael J. Newman**
                                                   United States Magistrate Judge