# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF DAYTON, | : | Case No. 3:11-cv-383 |
| Plaintiff, | | Magistrate Judge Michael J. Newman (Consent Case) |
| -vs- | : | |
| A.R. ENVIRONMENTAL, INC., *et al.*, | | |
| Defendants. | : | |

## ORDER TO PLAINTIFF

In light of the Court's recent Order entering a default judgment and damages against Defendant A.R. Environmental, Inc., Plaintiff is **ORDERED** to advise the Court, within **10 (ten) days** of this Order, whether it intends to proceed in this litigation against Defendant Alex Penland, or intends to move to voluntarily dismiss its claims against Mr. Penland.

**IT IS SO ORDERED.**

October 29, 2012                                                    s/ **Michael J. Newman**
                                                                                  United States Magistrate Judge